**No. 10-9320. Dorothy Bisson, Petitioner v. Martin Luther King, Jr. Health Clinic, et al.**

564 U.S. 1057, 132 S. Ct. 53, 180 L. Ed. 2d 922, 2011 U.S. LEXIS 5046.

July 25, 2011. Petition for rehearing denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Former decision, 563 U.S. 1002, 131 S. Ct. 2448, 179 L. Ed. 2d 1235, 2011 U.S. LEXIS 3606.

**No. 10-8740. Dennis Ligon, Petitioner v. Illinois.**

564 U.S. 1057, 132 S. Ct. 53, 180 L. Ed. 2d 922, 2011 U.S. LEXIS 5064.

July 25, 2011. Motion for leave to file a petition for rehearing denied.

Former decision, 562 U.S. 1296, 131 S. Ct. 1698, 179 L. Ed. 2d 632, 2011 U.S. LEXIS 2193.

**No. 10-8848. Jack R. Koch, Petitioner v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation, et al.**

564 U.S. 1057, 132 S. Ct. 53, 180 L. Ed. 2d 922, 2011 U.S. LEXIS 5033.

July 25, 2011. Motion for leave to file a petition for rehearing denied.

Former decision, 562 U.S. 1297, 131 S. Ct. 1701, 179 L. Ed. 2d 634, 2011 U.S. LEXIS 2321.

**No. 10-9214. Hattie L. King, Petitioner v. UT Medical Group, Inc., et al.**

564 U.S. 1057, 132 S. Ct. 54, 180 L. Ed. 2d 922, 2011 U.S. LEXIS 5062.

July 25, 2011. Motion for leave to file a petition for rehearing denied.

Former decision, 563 U.S. 965, 131 S. Ct. 2159, 179 L. Ed. 2d 943, 2011 U.S. LEXIS 3248.

**No. 11-5529 (11A129). In re Robert Jackson, Petitioner.**

564 U.S. 1057, 132 S. Ct. 54, 180 L. Ed. 2d 922, 2011 U.S. LEXIS 5080.

July 28, 2011. Application for stay of execution of sentence of death, presented to Justice Alito, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

**No. 11-5506 (11A123). Robert W. Jackson, III, Petitioner v. Delaware.**

564 U.S. 1057, 132 S. Ct. 54, 180 L. Ed. 2d 922, 2011 U.S. LEXIS 5081.

July 28, 2011. Application for stay of execution of sentence of death, presented to Justice Alito, and by him referred to the Court, denied. Petition for writ of certiorari to the Supreme Court of Delaware denied.

Same case below, 21 A.3d 27.